IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

OMAR YAMIL POMALES PAGAN
CYNTHIA LEE RIVERA OTERO

DEBTORS

CASE NO 12-03828-BKT

CHAPTER 13

**DEBTORS' MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2012 & 2013 TAX REFUNDS**

TO THE HONORABLE COURT:

**NOW COME, OMAR YAMIL POMALES PAGAN and CYNTHIA LEE RIVERA OTERO,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated May 17, 2012, provides that debtors' tax refunds will be paid into the Plan. See docket #2.

2. The debtors have received their 2012 & 2013 tax refunds in the amount of $2,124.00 and $1,586.00, respectively. The debtors met with the undersigned attorney regarding this matter and respectfully submit that they have lost the check stubs/receipts, thus, they attached the first page of their 2012 and 2013 tax returns as evidence of the amounts received from the Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they used these funds to pay for: extraordinary house repairs expenses and co-petitioner's tuition expenses. Attached is copy of the house repairs and university tuition invoices. Note that these extraordinary expenses are not considered in debtors' Plan budget.

4. The debtors were in need to use the funds from the 2012 & 2013 "tax refunds' to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $280.00.

Page – 2-
Debtor's Motion Requesting Order
Case no. 12-03828-BKT13

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of the use of these funds for these expenses.

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 & 2013 tax refunds by the debtors to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the debtors, Omar Yamil Pomales Pagan and Cynthia Lee Rivera Otero, to the address of record: Olymplica Ville, 227 Calle Barcelona Las Piedras, PR 00771.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of September, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Formulario 481 Rev. 29 oct 12

# FORMA CORTA

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|
| R G RO V1 V2 P1 P2 N D1 D2 E A M | |

2012 GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA 2012
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
01 de 01 de 2012 Y TERMINADO EL 31 de 12 de 2012

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
☐ CONTRIBUYENTE  ☐ CONYUGE

Nombre del Contribuyente: OMAR  Inicial:  Apellido Paterno: POMALES  Apellido Materno: PAGAN
Número de Seguro Social Contribuyente: 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

Sello de Recibido: 19/02/2013 02:33:07 PM

Dirección Postal:
OLYMPIC VILLE
H16 Calle BARCELONA PMB 227
Las Piedras PR   Código Postal 00771-0000

Fecha de Nacimiento: 31/03/1979   Sexo: ☒ M  ☐ F

Número de Seguro Social Cónyuge: 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

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge: CYNTHIA   Apellido Paterno: RIVERA   Apellido Materno: OTERO

Fecha de Nacimiento del Cónyuge: 05/12/1979   Sexo: ☐ M  ☒ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
OLYMPIC VILLE
H16 Calle BARCELONA
Las Piedras PR
Código Postal 00771

Teléfono Residencia: (787) 733-1578
Teléfono del Trabajo:

Correo Electrónico (E-Mail): POMS28@YAHOO.COM

CAMBIO DE DIRECCION: ☐ Sí  ☒ No   PLANILLA 2013: ☒ ESPAÑOL  ☐ INGLES

## Cuestionario

SI  NO
A. ☒ ☐ ¿Ciudadano de Estados Unidos?
B. ☒ ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ☒ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☒ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Otro _____

Su ocupación: Operador de Equipo P  4857   Ocupación cónyuge: AMA DE CASA  8110

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ☒ Casado
   (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☐ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ☐ Casado con capitulaciones de total separación de bienes
   ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ..... 01 (01) 2,124.00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ..... (02) .00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ..... (03) .00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ..... (04) 2,124.00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ..... (05) .00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ..... (06) .00
   (b) Intereses ..... (07) .00
   (c) Recargos _____ y Penalidades _____ ..... (08) .00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ..... (10) .00

### AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

**Depósito**
Tipo de cuenta: ☒ Cheques  ☐ Ahorros
Número de ruta/tránsito: 221572838
Número de su cuenta: 2500204546

Cuenta a nombre de: OMAR POMALES PAGAN  y CYNTHIA RIVERA OTERO
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa.
La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: √ FIRMADA ELECTRONICAMENTE   Fecha: 19/02/2013
Firma del Cónyuge: √ FIRMADA ELECTRONICAMENTE   Fecha: 19/02/2013

04 Nombre del Especialista (Letra de Molde):   Nombre de la Firma o Negocio:

Firma del Especialista: √   Fecha:   Especialista por cuenta propia (ennegrezca aquí) ☐   Número de Registro:

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla. ☐ Sí ☒ No Si contestó "Sí", exija la firma y el número de registro del Especialista.

12 PRSSHORT1   TWF 1040   Período de Conservación: Diez (10) años   Copyright Forms (Software Only) - 2012 TW

NUMERO DE CONFIRMACION   021920130509E940B71630795

Formulario 482 Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2013** — ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA — **2013**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL
1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

Número de Serie

◯ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: __/__/__ Día Mes Año
◯ CONTRIBUYENTE  ◯ CONYUGE
◯ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: OMAR   Inicial: Y   Apellido Paterno: POMALES   Apellido Materno: PAGAN
Dirección Postal:
URB OLYMPIC VILLE
227 CALLE BARCELONA
LAS PIEDRAS    PR    Código Postal 00771

Número de Seguro Social Contribuyente: 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
Fecha de Nacimiento: 31-03-1979   Sexo: ●M ◯F
Número de Seguro Social Cónyuge: 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
Fecha de Nacimiento del Cónyuge: 05-12-1979   Sexo: ◯M ●F

Sello de Recibido: 12/02/2014 9:27:12 PM

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge: CYNTHIA   L   Apellido Paterno: RIVERA   Apellido Materno: OTERO
Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
URB OLYMPIC VILLE
H16 CALLE BARCELONA
LAS PIEDRAS    PR    Código Postal 00771
Correo Electrónico (E-Mail): cynthial_rivera@yahoo.com

Teléfono Residencia: (787) 930-2466
Teléfono del Trabajo: (787) 209-0002

CAMBIO DE DIRECCION: ◯Sí ●No    PLANILLA 2014: ●ESPAÑOL ◯INGLES

RADICADO ELECTRONICAMENTE

**Cuestionario**
(PLANILLA CON CHEQUE – FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| | SI | NO | |
|---|---|---|---|
| A. | ● | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ◯ | ● | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D. | ◯ | ● | ¿Individuo residente inversionista? (Someta Anejo F1 Individuo) |

E. FUENTE DE MAYOR INGRESO:
1. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ● Empleado de Empresa Privada
4. ◯ Retirado/Pensionado
5. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ◯ Otro _____

Su ocupación: Operador de Equipo Pes.   4857
Ocupación cónyuge: Otros Oficios o Prof   8110

1. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
● Casado
(Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

◯ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
◯ Casado con capitulaciones de total separación de bienes
◯ Casado que no vivía con su cónyuge

3. ◯ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
◯ Contribuyente  ◯ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ............ (01) | 1586 | 00
A) Acreditar a la contribución estimada 2014 ............ (02) |  | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (03) |  | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (04) |  | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05) | 1586 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ............ (06) |  | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (07) |  | 00
(b) Intereses _____ ............ (08) |  | 00
(c) Recargos _____ y Penalidades _____ ............ (09) |  | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ (10) | 0 | 00

**Depósito** — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ● Cheques  ◯ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 3 8 5 0 6 4 0 7 1
Cuenta a nombre de: OMAR Y POMALES PAGAN  y  CYNTHIA L RIVERA OTERO
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ FIRMADA ELECTRONICAMENTE   Fecha: 12/02/2014
Firma del Cónyuge: ✓ FIRMADA ELECTRONICAMENTE   Fecha: 12/02/2014

04 Nombre del Especialista (Letra de Molde) _____   Nombre de la Firma o Negocio _____
Firma del Especialista: ✓   Fecha _____   Especialista por cuenta propia (ennegrezca aquí) ◯   Número de Registro _____

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ● Sí  ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

# Remodelaciones GH

787-349-4538

# INVOICE

DATE: April 16, 2013
INVOICE # 180

Bill To:
Omar
Company Name
Street Address
City, ST ZIP Code
Phone

| DESCRIPTION | AMOUNT |
|---|---|
| Instalacion de Techo | |
| Cambio de Tuberias Baño por Liqueo | |
| Cambio de Losas y Empañetar | |
| Reparación de Cisterna | |
| TOTAL | $2,320.00 |

This invoice is for completing the job described above, based on our evaluation. It does not include unforeseen price increases or additional labor and materials.

To accept this invoice sign here and return: _____

**PAID**

THANK YOU FOR YOUR BUSINESS!



2013



# Universidad Interamericana de Puerto Rico
## Recinto Metropolitano

### Certificación / Pago de Matrícula

Año Académico: 2013-2014

Rivera Otero, Cynthia L
OLIMPIC VILLE
227  CALLE BARCELONA
LAS PIEDRAS PR 00771

Número de Estudiante:  M00209395
Término:   201433  Trimestre Late Feb-May 2014

| Concepto | Monto |
|---|---|
| Costo (  9) Créditos | $1,530.00 |
| Cuotas Generales | $40.00 |
| Cuota Construcción | $44.00 |
| Cuota Infraestructura | $57.00 |
| Cuota Avalúo de Enfermería | |
| Comisión de Agencias de Cobro | |
| Plan Médico | |
| Laboratorios | |
| Centro de Estudiantes | $30.00 |
| Centro KROC | $13.00 |
| Matrícula Tardía | |
| Centro de Acceso a la Información | $50.00 |
| Actividades Estudiantiles | $27.00 |
| Consejo de Estudiantes | $5.00 |
| Dispensario | $5.00 |
|  | $10.00 |
| Cambios en Matrícula | |
| Acceso Vehículo | |
| Pago Diferido / Tardío | $6.00 |
| Residencia | |
| Recargo | $60.56 |
| Revista Jurídica | |
| Cafetería | |
| Concentración | |
| Libros | |
| Otros | $0.00 |
| **Total Cargos (Tentativo):** | **$1,877.56** |
| Reembolso | $0.00 |
| **Total Cargos Final:** | **$1,877.56** |

Pagos:
| | | | |
|---|---|---|---|
| MB36 | ATH Metro | | $1,023.67 |
| MB31 | Personal Check Metro | | $635.95 |

Total Pagos:  $1,659.62
Balance :  $217.94

UIPR Recinto Metropolitano
Gerencia de Servicios de Matrícula
Certificación /  Pago de Matrícula
POR: JEANNETTE DE JESUS RIVERA
FECHA:   29 de julio de 2014

Carmen B. Rivera Tañón
Directora de Recaudaciones